IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SARAH D. STRASSER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-379 |
| ) | |
| MICHAEL J. ASTRUE, ) | Judge Thomas A. Wiseman, Jr. |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff Sarah D. Strasser's Motion for Judgment on the Administrative Record (Doc. No. 13), seeking judicial review of the Commissioner's denial of her claim for Social Security Disability Insurance Benefits ("DIB") and Supplement Security Income ("SSI") payments under Title II and Titile XVI of the Social Security Act (the "Act"), on the grounds that the ALJ erred in assessing her credibility and that his decision is not supported by substantial evidence in the record. She seeks reversal or, in the alternative, remand pursuant to sentence four of 42 U.S.C. § 405(g). In response to the motion, the Defendant Commissioner of Social Security asserts that the agency's decision denying benefits is supported by substantial evidence in the record and should be upheld.

The prior referral of this case to the Magistrate Judge is hereby **WITHDRAWN**. For the reasons explained in the accompanying Memorandum Opinion, the Court finds that the Commissioner's decision is supported by substantial evidence in the record. Plaintiff's motion is therefore **DENIED**, the Commissioner's underlying decision **AFFIRMED**, and this matter **DISMISSED**.

It is so **ORDERED**.

*[signature: Thomas A. Wiseman Jr.]*

Thomas A. Wiseman, Jr.
Senior U.S. District Judge